UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

DAISY RIVERA-RODRIGUEZ

    Debtor,

DAISY RIVERA-RODRIGUEZ

    Plaintiff,

-against

AMERICAN EDUCATION SERVICES,

    Defendant.
------------------------------------------------------------X

Bankruptcy Case No.: 19-44084

Adversary Proceeding No.: 19-01128

NOTICE OF MOTION

SIRS:

**PLEASE TAKE NOTICE** that upon the attached Affidavit of the Plaintiff, Daisy Rivera-Rodriguez, sworn to on March 12, 2020, and the Affirmation of Steven Candela, Esq., dated March 12, 2020, and upon the complaint in the Adversary Proceeding filed herein, Plaintiff will move before this Court, Hon. Carla E. Craig, USDJ, of the United States Bankruptcy Court, Eastern District of New York, located at 271-C Cadman Plaza E, Room 3529, Brooklyn, New York 11201, on the 7th day of April, 2020, at 2:30 p.m., or as soon thereafter as counsel can be heard, for an Order for a Default Judgment against Defendant American Education Services, pursuant to Federal Rule of Civil Procedure §55(b) and Local Rule§55.2, on the ground that Defendant American Education Services, has failed to answer or otherwise move with regard to the Complaint in the Adversary Proceeding, previously filed herein, and that the two (2) student loans owed to Defendant American Education Service, in the amount of **$62,801.38** be discharged, and for such other and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
March 12, 2020

/s/ Steven Candela

Steven Candela, Esq.
Law Office of Steven Candela, P.C.
Attorney for Plaintiff Daisy Rivera-Rodriguez
450 7th Avenue Suite 704
New York, New York 10123
Tel No.: (212) 689-1131
Fax No.: (212) 689-4772
Email: SCandela285@yahoo.com

To:

American Education Services
P.O. Box 6503
Baltimore, Maryland 21264-5093

American Education Services
Legal Department
1200 N. 7th Street
Harrisburg, Pennsylvania 17102-1444

Marylou Martin, Assistant US Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street Suite 1006
New York, New York 10014