**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------X
**IN RE:**

**DAISY RIVERA-RODRIGUEZ**

        **Debtor,**

**DAISY RIVERA-RODRIGUEZ**

        **Plaintiff,**

   **-against**

**AMERICAN EDUCATION SERVICES,**
**GOAL FINANCIAL, LLC**
        **Defendant.**
-------------------------------------------------X

**Ch. 7**
**Bankruptcy Case No.: 19-44084**

**Adversary Proceeding No.: 19-01128-jmm**

**ORDER AND JUDGMENT**

      Upon the Debtor's Amended Complaint to determine Private Student Loans Dischargeable as not Qualified Education Loans pursuant to Sec 11 USC § 523 (a) (8) (B), and that said student loans should be Discharged since to compel Debtor- Plaintiff Daisy Rivera- Rodriguez to repay said student loans would constitute an undue hardship on Debtor- Plaintiff Daisy Rivera- Rodriguez, and; this Court having noted Defendant Goal Financial, LLC's Default on December 15, 2020 , and; this Court having entered a Stipulation and Order Dismissing this Adversary Proceeding without prejudice against Defendant Pennsylvania Higher Education Services (" PHEAA") d/b/a American Education Services on February 21, 2021, and; Debtor -Plaintiff Daisy Rivera- Rodriguez, having made a Motion seeking a Default Judgment against Defendant Goal Financial, LLC, pursuant to Federal Rule of Civil Procedure § 55(b) and Local Rule § 55.2, and for Judgment on the pleadings dated February 8, 2021, and; this Court having held a hearing on March 23, 2021, and no appearance having been made by Defendant Goal Financial, LLC, this Court held Defendant Goal Financial, LLC, in Default and determine that Debtor-Plaintiff has set forth a <u>prima facie</u> case for the relief requested in said Notice of Motion,

**IT IS ORDERED AND ADJUDGED, as follows,**

    **1.** That Judgment by Default is entered against Defendant Goal Financial, LLC, and in favor of Debtor-Plaintiff Daisy Rivera- Rodriguez.

    2. That those student loans incurred by Debtor-Plaintiff Daisy Rivera-Rodriguez, Account Number 09 7130 1767, in the amounts of **$27,082.94** and **$35,718.44**, plus interest, owed to Defendant Goal Financial, LLC, are Discharged pursuant to 11 USC § 727, Et. Al. since to compel repayment would impose an undue hardship on the Debtor-Plaintiff, and that said subject student loans are private and are not qualified educational loans and are Discharged in accordance with 11 USC § 523 (a) (8), Et. Al.

**Dated:**             ,2021
Brooklyn, New York

                                              Hon. Jil Mazer-Marino
                                              US Bankruptcy Judge